*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 12, 2015                    520248
_____

THE PEOPLE OF THE STATE OF
    NEW YORK ex rel.
    ALPHONSO LITTLEJOHN,
                    Appellant,
        v                                        MEMORANDUM AND ORDER

THOMAS GRIFFIN, as
    Superintendent of Eastern
    Correctional Facility,
                    Respondent.
_____

Calendar Date:  September 22, 2015

Before:  Peters, P.J., Lahtinen, Egan Jr. and Rose, JJ.

                        _____


        Alphonso Littlejohn, Napanoch, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Martin A.
Hotvet of counsel), for respondent.

                        _____


        Appeal from a judgment of the Supreme Court (Cahill, J.),
entered November 12, 2014 in Ulster County, which denied
petitioner's application for a writ of habeas corpus, in a
proceeding pursuant to CPLR article 70, without a hearing.

        In 1999, petitioner was convicted of manslaughter in the
first degree and sentenced, as a second felony offender, to 22
years in prison.  He commenced this proceeding for a writ of
habeas corpus contending that his conviction is invalid because
that crime was not charged in the indictment.  Supreme Court
dismissed the petition without a hearing and this appeal ensued.

We affirm.  The petition was properly dismissed as habeas corpus relief is unavailable where, as here, petitioner's contention could have been raised on direct appeal or in the context of a CPL article 440 motion (see People ex rel. Reyes v State of New York Dept. of Correctional Servs., 288 AD2d 523, 523 [2001], appeal dismissed and lv denied 97 NY2d 720 [2002]). Contrary to petitioner's assertion, the record discloses no extraordinary circumstances to warrant a departure from traditional orderly procedure (see People ex rel. Reed v Tedford, 110 AD3d 1123, 1123 [2013], appeal dismissed and lv denied 22 NY3d 1008 [2013]).

Peters, P.J., Lahtinen, Egan Jr. and Rose, JJ., concur.

ORDERED that the judgment is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court